198 So. 277

### Charles A. BAUMHAUER et al. v. STATE ex rel. Carmen Eula SMITH, Adm'x.

#### I Div. 121.

Supreme Court of Alabama.
Oct. 17, 1940.

Harry Seale, of Mobile, for petitioners.
M. F. Dozier and Winston F. Groom, both of Mobile, opposed.

KNIGHT, Justice.

This cause comes before us on petition of Charles A. Baumhauer et al., for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of said court in the case of Charles A. Baumhauer et al. v. State of Alabama ex rel. Carmen Eula Smith, as Administratrix, etc., 29 Ala. App. 470, 198 So. 275.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.